UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERFORMANCE CONTRACTORS | : | CIVIL ACTION NO. 3:11-cv-00485 |
| | : | |
| VERSUS | : | JUDGE: JAMES J. BRADY |
| | : | |
| GREAT PLAINS STAINLESS, INC. | : | MAGISTRATE: DOCIA L. DALBY |

## MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES AND REQUESTS FOR ADMISSIONS

NOW INTO COURT, through undersigned counsel, comes GREAT PLAINS STAINLESS, INC. who, respectfully requests leave of Court to serve interrogatories and requests for admissions in excess of the interrogatory limitation found in Federal Rule of Civil Procedure Rule 33 and request for admissions limitation found in Local Rule 36.2. This suit involves complex questions of Louisiana law in the realm of products liability and redhibition law.

Great Plains crafted interrogatories and requests for admissions to address the multitude of specific issues that are raised in this case to include:[1]

1.    The scope of Performance's work at the Shintech Project;

2.    Performance's ordering of the pipe and fittings that are the subject of this suit from Louisiana Chemical;

3.    Louisiana Chemical's ordering of the pipe and fittings that are the subject of this suit from Great Plains;

---

[1] See, Great Plains' First and Second Sets of Interrogatories, Requests for Production of Documents and Requests for Admissions, attached hereto as Exhibit A.

4.      Performance's knowledge of the pipe and fittings industry and, specifically, its knowledge of Great Plains and the products that it sells;

5.      Performance's receipt, storage and installation of the subject pipe and fittings;

6.      Performance's testing of the products and independent verification that products supplied by Great Plains were allegedly defective;

7.      Performance's claim that the products were unfit for their alleged particular use;

8.      Performance's claim that Great Plains is the apparent manufacturer of the subject pipe and fittings under Louisiana law; and

9.      Performance's claim that the failure of Great Plains product was the cause of its delay damages.

WHEREFORE, Defendant, GREAT PLAINS, prays for an order granting it leave to serve additional interrogatories and requests for admissions.

Respectfully submitted,

**KEOGH, COX & WILSON, LTD.**
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana  70821
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612
BY:      S/John P. Wolff, III
John P. Wolff, III, Bar #14504 jwolff@kcwlaw.com
Mary Anne Wolf, Bar #26556 mwolf@kcwlaw.com
Martin E. Golden, Bar #14295 mgolden@kcwlaw.com
Virginia J. McLin, Bar #31257 jmclin@kcwlaw.com
Jaime A. Polozola, Bar #33318 jpolozola@kcwlaw.com
*Attorneys for Great Plains Stainless, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

<u>I</u> hereby certify that on this **5th day of March, 2012**, a copy of the foregoing Motion for Leave was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to the following persons:

Murphy J. Foster, III, Esq.- murphy.foster@bswllp.com

I also certify that there are no known manual recipients.


_____S/John P. Wolff, III_____
JOHN P. WOLFF, III
VIRGINIA J. MCLIN